825

| AO-10 Rev. 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Pickering, Charles W., Sr. | U. S. District Court for the Southern District of Miss. | May 14, 1990 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| Judge | May 10, 1990 | Jan. 1, 1989 through April 15, 1990 |

| Home or office address |
|---|
| P. O. Box 713, Laurel, MS 39441 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Partner | Pickering, Williamson & Walters (law firm) |
|---|---|
| Member and Chairman of Board | Robins & Welch Machine & Tool Co., Inc. |
| Member and Board of Directors (continued) | Jones County Economic Development Authority |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☒ NONE (No reportable agreements)

I expect to enter into a contract with the law firm that I leave providing for payment of an established percentage of contingent fees on work commenced but not completed when I leave the practice, as well as my share of fees billed but not collected. Additionally, this contract will provide for the payment for office equipment, furniture and library. Payments under this contract should not last for more than four years.

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| | Pickering, Williamson & Walters Law Firm | $ 145,090.77 |
| | Robins & Welch Machine & Tool Co., Inc. | $ 65,000.00 |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Charles W. Pickering, Sr. | May 14, 1990 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☒ NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Laurel Federal Savings & Loan Assn. | unsecured note | J |
| Deposit Guaranty National Bank | unsecured note | K |
| Ikey and Lila Rae Pickering | Note and Deed of Trust secured by land | L |
| Trustmark National Bank | Note and Deed of Trust secured by land | M |
| | | |
| | | |

*VALUE CODES:  J = $0 to $1,000   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
N = $50,001 to $100,000 ...



Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Charles W. Pickering, Sr. | May 14, 1990 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Laurel Federal Savings & Loan Assn. Laurel, MS –CD(S) | E | int | O | T | | | | | |
| 2 Southeastern Savings & LOan Assn. Laurel, MS - CD | A | – | L | T | closed | | | | |
| 3 Deposit Guaranty Nat'l Bank Laurel, MS - CD | B | int | J | – | closed | | | | |
| 4 2810 shares Grenada Sunburst Bank - common stock | C | div | M | T | | | | | |
| 5 100 shares Sanderson Farm common stock | B | div | K | T | | | | | |
| 6 500 shares of Robine & Welch Machine & Tool Co., Inc. | A | – | N | U | | | | | |
| 7 Deposit Guaranty Nat'l Bank Laurel & Jackson, MS - IRA | E | int | N | T | | | | | |
| 8 Reliance Insurance Company Annuity | E | annuity payment | O | T | | | | | |
| 9 Lease on Arcade Building Laurel, MS 529 Central Ave. | F | rent | J | W | | | | | |
| 10 900 acre farm - 50 acres pasture - balance timber | F | cattle timber | P | W | | | | | |
| 11 3/12th int in 283 acres, Jones Co., rural, S25,T10N | B | rent | N | W | | | | | |
| 12 24 acres, rural, Jones Co., S15, T9N, R11W | A | – | M | W | | | | | |
| 13 Note, John and Peggy Pervel | D | prin int | L | T | | | | | |
| 14 Note, V. L. Stanfield | A | – | N | T | | | | | |
| 15 1/6th int. in 80 acres of swamp land, Leflore Co., MS | A | – | L | W | | | | | |
| 16 40 acres swamp land, Issaquena Co., MS S32, T9N, R7W | A | – | M | W | | | | | |
| 17 One acre producing minerals Grimes Co., TX, Vol. 618 | C | royalty | K | W | | | | | |
| 18 43 acres of non-producing minerals in S34, T7N, R12W | C | – | K | W | | | | | |
| 19 35 acres non-producing minerals, S465, T17N, R5E | A | – | K | W | | | | | |
| 20 50 acres non-producing minerals, S15, T6N, R12 W | A | – | K | W | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) B = $5,001 to $15,000 | B = $101 to $1,000 F = $15,001 to $50,000 | C = $1,001 to $2,500 G = $50,001 to $100,000 | D = $2,501 to $5,000 H = over $100,000 |
|---|---|---|---|---|
| 2 Value Codes: | J = exempt ($0 to $1,000) N = $50,001 to $100,000 | K = $1,001 to $5,000 O = $100,001 to $250,000 | L = $5,001 to $15,000 P = over $250,000 | M = $15,001 to $50,000 |
| 3 Value Method Codes: | Q = Appraisal U = Book value | R = Cost (real estate only) V = Other | S = Assessed value W = Estimated | T = Cash/market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Charles W. Pickering, Sr. | May 14, 1990 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

PAGE TWO

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during period | | Gross value at end of period | | | Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g. div. rent) | Value Code (J-P) | Value Method (Q-W) | | Type (e.g. sold) | Date Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 10 acres non-producing minerals, S9,T2N,R12E, Jasper | C | lease bonus | K | W | | | | | | |
| 2 55 acres non-producing minerals, S30,T8N,R20W, | A | – | K | W | | | | | | |
| 3 50 acres non-producing minerals, S20&29,T8N,R14W, | A | – | K | W | | | | | | |
| 4 House and 3 acres land, S11, T8N,R14W , Jones Co., MS | B | rent | J | – | | sold | 8/25/89 | J | A | – |
| 5 Cottage apt., 536½ N. 6th Ave. Laurel, MS | B | rent | K | W | | | | | | |
| 6 1/2 int. in 38 ac., S13,14, T2N,R6, Greene Co., MS (S) | A | – | L | W | | | | | | |
| 7 1/2 int. in 22 ac., S26,T5S, R7W,Jackson Co., MS (S) | A | – | M | W | | | | | | |
| 8 Law office library, furnishings & equipment | A | – | M | W | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

PAGE 2 OF VII. INVESTMENTS AND TRUST—Income, Value, Transactions

Digitized by Google

CONTINUATION SHEET                          CHARLES W. PICKERING, Sr.

I.  POSITIONS

Owner of a farm.

VII.  INVESTMENTS AND TRUSTS--Income, value, transactions  - Page 1

| A. Description of Assets | B. Income during period | | C. Gross value at end of period | |
| --- | --- | --- | --- | --- |
| | Amt. Code | Type | Value Code | Value Method Code |
| 10. Route 2, Taylorsville, MS S2,3 and 11, T8N, R14W, S24, 25 and 35, T9N, R14W, Jones Co., MS, together with equipment (J) | | equipment sales, CRP and whole herd buyout | | |
| 11. R14W | | | | |
| 15. S31, T18, R2W | | | | |
| 17. page 708 | | | | |
| 18. Jones Co. | | | | |
| 19. Warren Co., MS | | | | |
| 20. Jones County, MS | | | | |

VII.  INVESTMENTS AND TRUSTS--Income, value, transactions - Page 2

1. County, MS

2. Lawrence Co., MS

3. Covington Co., MS

Digitized by Google

830

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____     Date __May 14, 1990__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:
   Judicial Ethics Committee
   Administrative Office of the
   United States Courts
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google